BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>ANTONIO MEDINA-GARCIA,<br><br>             Defendant. | CASE NO. S 94-320 JAM<br><br>MOTION TO DISMISS INDICTMENT AND SUPERSEDING INDICTMENT AS TO DEFENDANT ANTONIO MEDINA-GARCIA and ORDER |

The United States hereby moves to dismiss the Indictment and Superseding Indictment as to defendant Antonio Medina-Garcia.  The defendant has been a fugitive for the past 16 years and his whereabouts remain unknown at this time.  This is a complex 20 defendant drug case with the other defendants convicted and sentenced long ago.  Maintaining the evidence and files is expensive and problematic.  The likelihood of arresting the defendant at this point is remote.  Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure the government moves to dismiss the charges as to

/ / /

/ / /

1

1  defendant Antonio Medina-Garcia and that the outstanding arrest
2  warrants be recalled.
3
4  Dated: July 26, 2011                BENJAMIN B. WAGNER
                                       United States Attorney
5
                                       By: /s/ Richard J. Bender
6                                      RICHARD J. BENDER
                                       Assistant United States Attorney
7

```
BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>ANTONIO MEDINA-GARCIA,<br><br>   Defendant. | CASE NO. S 94-320 JAM<br><br>ORDER DISMISSING INDICTMENT AND SUPERSEDING INDICTMENT AS TO DEFENDANT ANTONIO MEDINA-GARCIA |

   For the reason set forth in the motion to dismiss filed by the United States, the charges against ANTONIO MEDINA-GARCIA in the pending Indictment and Superseding Indictment, are hereby DISMISSED and any outstanding arrest warrants are recalled.

DATED: July 26, 2011

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

3